614

■ In the Matter of the Estate of CHARLES A. McLAUGHLIN, Deceased. IRVING TRUST COMPANY, Respondent; AGNES McLAUGHLIN et al., Appellants, et al., Respondent.—

Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur. [62 Misc 2d 124.]

■ In the Matter of MARILYN SPINA, Respondent, v. FRANK A. SPINA, Appellant.—

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur.